IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| **BARBARA MONTGOMERY,** ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| V. ) | Civil No. **05-722-DRH** |
| ) | |
| **WAL-MART STORES, INC.,** ) | |
| ) | |
| Defendant. ) | |

## ORDER

**PROUD, Magistrate Judge:**

Before the Court is plaintiff's motion to compel the defendant to respond to interrogatories and requests for production propounded in October 2005. **(Doc. 10).** Defendant has not filed a response to the subject motion.

**IT IS THEREFORE ORDERED** that plaintiff's motion to compel **(Doc. 10)** is **GRANTED**.

**IT IS FURTHER ORDERED** that on or before **August 31, 2006**, if defendant has not already done so, defendant shall fully respond, without objection, to plaintiff's interrogatories and requests for production propounded in October 2005.

**IT IS SO ORDERED.**

**DATED: August 16, 2006**

s/ Clifford J. Proud
**CLIFFORD J. PROUD**
**U. S. MAGISTRATE JUDGE**