# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ILLINOIS

**BARBARA MONTGOMERY,**

    **Plaintiff,**

  **vs.**                                      Cause No. 05CV-722 DRH

**WAL-MART STORES, INC.,**

    **Defendant**.

## JUDGMENT IN A CIVIL CASE

The Court having received a Stipulation for Dismissal signed by counsel of record advising this Court that the above action has been settled; and/or having been advised by counsel for the parties that the above action has been settled;

**IT IS ORDERED AND ADJUDGED** that this action is **DISMISSED with prejudice** with each party to bear its own costs.------------------------------------------------------------------------

                                                          **NORBERT G. JAWORSKI, CLERK**

December 12, 2006                            By:   s/Patricia Brown
                                                                Deputy Clerk

APPROVED:/s/     David R Herndon
                      **U.S. DISTRICT JUDGE**